IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| ANTHONY CURTIS FLOWERS, | : | |
| | : | CIVIL NO. 4:06-cv-00560-JEG-CFB |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | REPORT AND RECOMMENDATION |
| SECURITY DIRECTOR, | : | |
| DEBBIE NICHOLS, et al., | : | |
| | : | |
| Defendants. | : | |

This matter came before the Court for a Status Conference to determine whether or not this action should proceed, and if so, when an Amended Complaint could be filed. Due to some difficulty in locating, and then contacting, Plaintiff, this status conference was held with Plaintiff and his counsel, Mr. Ingram. Counsel for Defendants was excused from participation. After discussing the factual and legal issues, and the limitations on the legal basis for certain claims, Plaintiff agreed to dismiss this case.

However, Plaintiff expressed concerns with his present placement within the Bureau of Prisons. He plans on contacting U. S. District Judge Linda Reade. In order that she might have an understanding of the background information, and his present concerns, the Clerk of Court shall send a copy of this Report and Recommendation to Judge Reade, so that she might refer to the pleadings in this case before she responds to Plaintiff's request for her intervention with the Bureau of Prisons. Plaintiff understands that it is beyond the jurisdiction of this Court, or of Judge Reade, to direct the Bureau of Prisons to place him in any particular location, or to return him to state custody. However, in light of certain circumstances when he was sentenced, combined with recent occurrences, he will request her help. Additionally, the Clerk of Court shall return to Plaintiff any material he submitted with this case that was received, but not scanned, along with a copy of this Order. Plaintiff will determine what material needs to be sent to Judge Reade, and include that with his letter to her. Plaintiff's current address is: Bureau of Prisons, P.O. Box 26030, Beaumont, TX 77720; his prisoner identification number is 04630-045. Mr. Ingram shall promptly return to Plaintiff all the material that he has received from Plaintiff. (**Granting** Motion to Secure Documents, Clerk's No. 23.)

IT IS RESPECTFULLY RECOMMENDED that, pursuant to Fed. R. Civ. P. 43, this action be dismissed with prejudice.

IT IS ORDERED that the parties have until **January 4, 2008**, to file written objections, pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained. *Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990); *Wade for Robinson v. Callahan*, 976 F. Supp. 1269, 1276 (E.D. Mo. 1997). The Court will freely grant such extensions. Any objections filed must identify the specific portions of the Report and Recommendation and relevant portions of the record to which the objections are made and must set forth the basis for such objections. *See* Fed. R. Civ. P. 72; *Thompson*, 897 F.2d at 357. Failure to timely file objections may constitute a waiver of a party's right to appeal questions of fact. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Griffini v. Mitchell*, 31 F.3d 690,692 (8th Cir. 1994); *Halpin v. Shalala*, 999 F.2d 342, 345 & n.1, 346 (8th Cir. 1993); *Thompson*, 897 F.2d at 357.

IT IS SO ORDERED.

Dated this 19th day of December, 2007.

CELESTE F. BREMER
UNITED STATES MAGISTRATE JUDGE